**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        AAA Treasure International Co., Inc. v. Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.

Appellate case number:     01-17-00360-CV

Trial court case number:    2017-08050

Trial court:                157th District Court of Harris County

Appellant, AAA Treasure International Co., Inc., has filed a notice of the appeal of the trial court's final judgment signed on April 28, 2017 in a bill-of-review proceeding. On May 25, 2017, appellant filed an "Emergency Motion to Stay the Orders of the Receiver and Include the Return of Non-Exempt Funds Pending Appeal." The motion is **denied**.

It is so ORDERED.

Judge's signature:  _/s/ Russell Lloyd
                    ☒ Acting individually

Date:  May 26, 2017